IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 3:10-cr-0061-RRB |
| vs. | **ORDER ON PETITION** |
| PAUL JEAN ROCKWOOD JR. | |
| Defendant. | |

Based on the *Request for Modification of Conditions or Term of Supervised Release* filed on June 16, 2015, regarding the above-named Defendant, **IT IS HEREBY ORDERED** that conditions of supervised release are modified as follows: The Defendant will enter a residential reentry center outside of Boston, Massachusetts, for a term of up to six months or until such time that he secures a personal residence approved by probation. While a resident of the residential reentry center, the Defendant will abide by all program rules and regulations.

**IT IS SO ORDERED** this 17th day of June, 2015.

S/RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE