UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

RECEIVED SEP 01 2016 CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. PAUL GENE ROCKWOOD JR., Defendant. | Case No. 3:10-cr-0061-RRB |

## DEFENDANT'S MOTION REQUESTING JUDICIAL RECOMMENDATION FOR PRERELEASE RESIDENTIAL REENTRY CENTER PLACEMENT

Dear Judge Beistline:

I am writing to request a judicial recommendation for pre-release residential reentry center (RRC) placement. By way of background, your Honor sentenced me on August 23, 2010, to an eight year term of imprisonment and three years of supervised release, for a violation of 18 U.S.C. 1001, making false statements to a federal agent in a matter regarding domestic terrorism. I have most recently been serving that sentence at the Allenwood Low Security Correctional Institution in Pennsylvania, where I successfully completed the nine-month Residential Drug Abuse Program (RDAP) and the twelve-month follow-up treatment phase.

However, I am presently unable to complete the third and final phase of treatment unless I receive a minimum of 120 days pre-release RRC placement. Thank you for considering this request.

August 22, 2016

Respectfully Submitted,

*[signature: Paul Rockwood]*

Paul Rockwood 15986-006
LSCI Allenwood
PO Box 1000
White Deer, PA 17887

CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2016 I served the foregoing upon Plaintiff by first class mail, marked for delivery to:

U.S. Attorney's Office
222 West 7th Avenue, #9
Anchorage, AK 99513

*Paul R.* [signature]

Paul Rockwood 15986-006
LSCI Allenwood
PO Box 1000
White Deer, PA 17887



Paul Rockwood
Reg. No. 15986-006
Low Security Correctional
Institution - Allenwood
PO Box 1000
White Deer, PA 17887

Anchorage P&DC 995३३
WED 31 AUG 2016 PM

⇔15986-006⇔
U S Courthouse Ak
222 W 7TH AVE
Internal Box 4
Anchorage, AK 99513-7500
United States