KAREN L. LOEFFLER
United States Attorney

STEVEN E. SKROCKI
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: steven.skrocki@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. 3:10-cr-00061-RRB |
|---|---|---|
| Plaintiff, | ) ) ) | **NON-OPPOSITION TO DEFENDANT'S MOTION REQUESTING JUDICIAL RECOMMENDATION FOR PRE-RELEASE RESIDENTIAL RE-ENTRY CENTER PLACEMENT** |
| vs. | ) ) | |
| PAUL GENE ROCKWOOD, JR., | ) ) | |
| Defendant. | ) ) | |

COMES NOW the United States of America, by and through undersigned counsel, and hereby submits this non-opposition to the defendant's Motion Requesting Judicial Recommendation for Pre-Release Residential Re-Entry Center Placement, filed at Docket 30.

RESPECTFULLY SUBMITTED October 12, 2016, in Anchorage, Alaska.

KAREN L. LOEFFLER
United States Attorney

s/Steven E. Skrocki
STEVEN E. SKROCKI
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**
I hereby certify that on October 12, 2016, a copy
of the foregoing was served electronically on all
counsel of record.

s/Steven E. Skrocki
Office of the U.S. Attorney