UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,
   Plaintiff,
   v.
PAUL GENE ROCKWOOD JR.,
   Defendant

Case No. 3:10-cr-0061-RRB

RECEIVED
OCT 24 2016
Clerk, U.S. District Court
Anchorage, A.K.

## DEFENDANT'S MOTION TO UPDATE MAILING ADDRESS AND REQUEST FOR DOCUMENTS

Whereas, Defendant, proceeding pro se, has not been receiving legal mail from the Clerk of Court in a timely manner, Defendant hereby requests a copy of all future filed documents pertaining to the above-referenced case be sent to the following address:

Paul Rockwood 15986-006
SPECIAL MAIL - OPEN ONLY IN PRESENCE OF INMATE
LSCI Allenwood
PO Box 1000
White Deer, PA 17887

Whereas, Defendant has not received a copy of documents 31 and 32, Defendant hereby requests a copy of said documents and any documents filed after October 12, 2016.

October 20, 2016

Respectfully submitted,

*[signature]*

Paul Rockwood 15986-006
LSCI Allenwood
PO Box 1000
White Deer, PA 17887

INMATE NAME/NUMBER Rockwood 15986-006
FEDERAL CORRECTION COMPLEX-ALLENWOOD Low
P.O. BOX 1000
WHITE DEER, PA 17887

LEGAL
MAIL

HARRISBURG PA
21 OCT 2016 PM 1 L

Low Security Correct[ional]
Allenwood, P[A]
Date 10-21-16

The enclosed letter was pro[cessed through]
special mailing procedures for [forwarding to]
you. The letter has neither be[en opened nor]
inspected. If the writer raises a [question or]
problem over which this facil[ity has]
jurisdiction, you may wish to r[eturn the]
material for further information or cl[arification.]
If the writer encloses co[rrespondence for]
forwarding to another add[ressee, please return the]
enclosure to the above ad[dress.]

⇔ 15986-006 ⇔
U S Courthouse Ak
222 W 7TH AVE
Internal Box 4
Anchorage, AK 99513-7500
United States

99513-750099