IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

RECEIVED
FEB 06 2017
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. PAUL GENE ROCKWOOD JR., Defendant. | Case No. 3:10-cr-0061-RRB |

## DEFENDANT'S MOTION REQUESTING A COPY OF THE BUREAU OF PRISONS' RESPONSE LETTER TO JUDICIAL RECOMMENDATION FOR RRC PLACEMENT

The Defendant, Paul Rockwood, respectfully requests a copy of the letter sent by the Bureau of Prisons, in response to the Honorable Judge Beistline's Order recommending pre-release residential reentry center placement (Document 33).

February 2, 2017

Paul Rockwood
Reg. No. 15986-006
LSCI Allenwood
PO Box 1000
White Deer, PA 17887

INMATE NAME/NUMBER: Rockwood 15986-006
FEDERAL CORRECTION COMPLEX-ALLENWOOD Low
P.O. BOX 1000
WHITE DEER, PA 17887

HARRISBURG PA 171
03 FEB 2017 PM 1 L

⇔15986-006⇔
U S Courthouse Ak
222 W 7TH AVE
Internal Box 4
Anchorage, AK 99513-7500
United States

Clerk of Court
U.S. Courthouse
222 W 7th Ave
Anchorage, AK 99513

99513$7500 C083