RECEIVED
MAY 0 8 2017
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | |
| v. | Case No. 3:10-cr-00061-RRB |
| PAUL GENE ROCKWOOD JR., Defendant. | |

## DEFENDANT'S MOTION REQUESTING MODIFICATION OF SUPERVISED RELEASE CONDITIONS

Pro se Defendant Paul Gene Rockwood JR., respectfully requests the following modifications of his supervised release conditions: Removal of the condition that the defendant will enter a residential reentry center (RRC) outside of Boston, Massachusetts; and addition of the condition that the defendant be permitted to serve his period of supervised release in England. The grounds for the requested relief are set forth in the attached memorandum.

May 3, 2017

Respectfully submitted,

*Paul Rockwood*
Paul Rockwood

Rockwood #15986-006
Low Security Correctional
Institution - Allenwood
Box 1000
White Deer, PA 17887

⇔15986-006⇔
U S Courthouse Ak
222 W 7TH AVE
Internal Box 4
Anchorage, AK 99513-7500
United States

**Low Security Correctional Institution**
Allenwood, PA 17887
Date  5-3-17

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another address, please return the enclosure to the above address

Clerk of the Court
United States Courthouse
222 W 7th Ave #4
Anchorage, AK 99513-7500

Case 3:10-cr-00061-RRB   Document 46   Filed 05/08/17   Page 2 of 2