RECEIVED
MAY 1 9 2017
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

| PROB 22 (Rev. 2/88) | TRANSFER OF JURISDICTION | | DOCKET NUMBER *(Tran. Court)* 3:10-CR-00061-RRB |
|---|---|---|---|
| | | | DOCKET NUMBER *(Rec. Court)* 2:17-CR-61-GZS |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Paul Gene Rockwood, Jr. Redacted Address | DISTRICT DISTRICT OF ALASKA | DIVISION Anchorage |
|---|---|---|
| | NAME OF SENTENCING JUDGE Ralph R. Beistline | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM September 5, 2017 — TO September 4, 2020 |

OFFENSE
False Statements to a Federal Agent in an Offense Involving Domestic Terrorism in violation of 18 U.S.C. § 1001(a)(2), a Class D felony

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>DISTRICT OF ALASKA</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of District of Maine upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

4/19/17
Date

Signature Redacted
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DISTRICT OF MAINE

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

5-2-17
Effective Date

Signature Redacted
United States District Judge