IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>PAUL GENE ROCKWOOD, JR.,<br><br>    Defendant. | Case No. 3:10-cr-00061-RRB<br><br>**ORDER DENYING MOTION REQUESTING MODIFICATION OF SUPERVISED RELEASE CONDITIONS** |

    Before the Court at Dockets 46 and 47 is Defendant with a Motion Requesting Modification of Supervised Release Conditions. The Government opposes at Docket 48.

    After reviewing the relevant documents, and for the reasons set forth by the Government at Docket 48, the request for modification of supervised release conditions is hereby DENIED.

    IT IS SO ORDERED this 6th day of June, 2017, at Anchorage, Alaska.

    */s/ Ralph R. Beistline*
    RALPH R. BEISTLINE
    Senior United States District Judge